**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1781

In re: DAVID CAIN, JR.,

        Petitioner.

On Petition for Writ of Mandamus.  (7:21-cv-00338-TTC-RSB)

Submitted:  September 22, 2022              Decided:  September 26, 2022

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

David Cain, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Cain, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed in acting on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Cain's § 2241 petition shortly after he filed this mandamus petition. Accordingly, because the district court has recently decided Cain's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2